STANDARD KAOLIN COMPANY, a Corporation, E. M. FEARS, L. W. E. KIMBALL and R. F. E. COOKE, *Appellants*, vs. SPECIAL ROAD & BRIDGE DISTRICT No. 13 of LAKE COUNTY, FLORIDA, a Corporation, *Appellee.*

En Banc.

Decision filed February 10, 1931.

*P. C. Gorman* and *Hampton & Greene,* for Appellants; No appearance for Appellee.

PER CURIAM.—The decree in this case should be reversed on authority of the opinion and judgment in the case of Stewart vs. New Smyrna Inlet District, et al., filed November 4th, 1930, reported in 130 Sou. page 575, and cases there cited. See also amended section 6 Article IX, constitution.

It is so ordered.

Reversed.

STRUM, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND BUFORD, J.J., concur.